| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>Defendant(s). | No.: 1:18-cv-01008 BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S STATEMENT OF FACT<br><br>(Doc. No. 7) |

Plaintiff Raymond Chad Watkins is a pretrial detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's filing titled, "Statement of Fact," filed on September 4, 2018. (Doc. No. 7.) Plaintiff states that he did not receive the new case documents previously issued in this case, and requests a copy be sent to him. The Court will grant this request.

Plaintiff also states that he is not receiving all the mail from this case and therefore is confused on the status. Plaintiff is informed that on July 27, 2018, the Court ordered him to submit a completed and signed application to proceed *in forma pauperis*, or pay the filing fee for this action, within forty-five (45) days. The Court still awaits Plaintiff's compliance with that order. On August 27, 2018, the Court received an application to proceed *in forma pauperis* from Plaintiff, but has not yet received a certified trust account statement in support of the application. Plaintiff is not precluded from seeking additional time to comply with the Court's order if necessary, upon a showing of good cause and by making a request before the deadline expires.

1

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is directed to re-serve Plaintiff with the new case documents and order to consent or decline to the jurisdiction of a United States Magistrate Judge, issued on July 26, 2018, (Doc. No. 2).

IT IS SO ORDERED.

Dated: **September 5, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE