UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>　　　　Defendant(s). | No.: 1:18-cv-01008-LJO-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR MISSING DOCUMENTS AND EXTENSION OF TIME<br>(Doc. No. 16)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE SEPTEMBER 5, 2018 ORDER<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Raymond Chad Watkins is a pretrial detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2018, the Court issued findings and recommendations recommending to dismiss this action, with prejudice, for the failure to state a claim upon which relief may be granted. (Doc. No. 12.)

Currently before the Court is Plaintiff's motion requesting missing documents and an extension of time for amending complaint, filed on November 21, 2018. (Doc. No. 16.) The motion states that Plaintiff is missing docket entries 6 through 11 in this case, and requests that he be sent them. Plaintiff also acknowledges that he received the October 16, 2018 findings and recommendations recommending dismissal, and seeks additional time to complete his response.

Most of the documents that Plaintiff asserts he is missing are his own filings. Plaintiff is responsible for retaining whatever copies of his own filings that he requires for his records or reference. The Clerk does not ordinarily provide free copies of case documents to parties, and an

1

even an indigent inmate proceeding *in forma pauperis* is not entitled him to free copies of documents from the Court. *E.g., Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959). The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Of the docket entries requested by Plaintiff, entry number 8 is an information order issued on September 5, 2018, advising Plaintiff of the status of his case and certain deadlines. The Court will grant Plaintiff's request to be re-served with this order.

Finally, good cause being shown, Plaintiff's request for an extension of time is granted. The Court clarifies for Plaintiff that he was not granted leave to amend his complaint, but was granted an opportunity to make any objection to the recommendation to dismiss in the October 16, 2018 findings and recommendations. Therefore, he shall be granted a thirty-day extension of the deadline to file any objection, if any, not to amend his complaint again.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for missing documents and an extension of time, filed on November 21, 2018 (Doc. No. 16) is granted in part;

2. The Clerk of the Court is directed to re-serve Plaintiff with a copy of the September 5, 2018 order (Doc. No. 8); and

3. Plaintiff's objections to the October 16, 2018 findings and recommendations, if any, are due within **thirty days** of this order.

IT IS SO ORDERED.

Dated: **November 26, 2018**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE